**Curtis H. LINK, Appellant,**

v.

**Dwayne MERSEAL and Kimberly Merseal, Respondents.**

**No. 73960.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Sept. 15, 1998.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Nov. 6, 1998.

Curtis H. Link, Catawissa, pro se.

David Hoven, Union, for respondents.

Before JAMES R. DOWD, P.J., and CRAHAN and RICHARD B. TEITELMAN, JJ.

### *ORDER*

PER CURIAM.

Landowner appeals the judgment entered in equity ordering him share costs to repair a culvert under a private road. Appellant's brief does not comply with Rule 84.04. In the exercise of our discretion, we have reviewed for plain error pursuant to Rule

84.13(c) and we find no manifest injustice or miscarriage of justice. An extended opinion would have no precedential value. The judgment is affirmed pursuant to Rule 84.16(b).